IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:21-cv-00167-BO

SAMANTHA FASUL,                                        )
                                                       )
                        Plaintiff,                     )
                                                       )
v.                                                     )
                                                       )
NATIONWIDE MUTUAL FIRE INSURANCE                       )
COMPANY, and Ohio corporation; and                     )
NATIONWIDE MUTUAL INSURANCE                            )
COMPANY, an Ohio corporation,                          )
                                                       )
                        Defendants.                    )
_____)

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY

THIS MATTER comes before the Court on Plaintiff's Motion to Lift Stay (Doc. 20) filed

by the Plaintiff on April 2, 2024 requesting that the Court lift the stay ordered by this Court on

November 10, 2021 (Doc. 12) and for good cause shown:

IT IS HEREBY ORDERED that Plaintiff's Motion to Lift Stay (Doc. 20) is granted and

that the stay dated November 10, 2021 is hereby lifted and this matter is placed back on the active

docket.

IT IS SO ORDERED, this the _____ day of April, 2024.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE